IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. : | |
| Plaintiff : | No. 1:17-cv-00745 |
| : | |
| v. : | (Judge Kane) |
| : | |
| MONICA M. ARCHIE, et al., : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 12th day of March 2019, upon consideration of (1) Plaintiff J & J Sports Productions, Inc. ("Plaintiff")'s motion for default judgment against Defendants Monica M. Archie ("Defendant Archie), Sheila J. Corbett ("Defendant Corbett"), and 2009 State Street Enterprises, LLC ("Defendant 2009 SSE") (Doc. No. 19); and (2) Defendants Archie and 2009 SSE's motion to set aside the entry of default against them (Doc. No. 20), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants Archie and 2009 SSE's motion to set aside the entry of default (Doc. No. 20), is **GRANTED**;

2. The Clerk of Court is directed to **SET ASIDE** the default entered on January 9, 2018 (Doc. No. 18), as to Defendants Archie and 2009 SSE;

3. Plaintiff's motion for default judgment (Doc. No. 19), is **DENIED WITHOUT PREJUDICE** as to Defendant Corbett and **DENIED AS MOOT** as to Defendants Archie and 2009 SSE; and

4. Defendants Archie and 2009 SSE shall file an answer or otherwise respond to Plaintiff's complaint within twenty (20) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania